UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maliha Ayaz,

                    Plaintiff,

        -against-

Ryder Truck Rental, Inc. and Michael A. Clark,

                    Defendants.

25-CV-9803 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

   Plaintiff's unopposed motion to amend the complaint to join additional defendants and remand to state court is GRANTED for the reasons stated therein. Dkt. 14. The Clerk of Court is respectfully directed to remand this case to the Supreme Court of the State of New York, County of New York, and is further directed to close this case and terminate all motions.

        SO ORDERED.

Dated:  January 5, 2026
        New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge